**ALLSTATE INSURANCE COMPANY,**
Appellee,

v.

**Jamie N. ESTES, Appellant.**

**No. 00–3640EM.**

United States Court of Appeals,
Eighth Circuit.

Submitted June 11, 2001.
Decided June 15, 2001.

Before MCMILLIAN, RICHARD S. ARNOLD, and HALL,[1] Circuit Judges.

PER CURIAM.

This is a fire-insurance case. The question presented is whether an insurance policy issued by the Allstate Insurance Company has become void, either because the insured, Jamie N. Estes, set the fire that caused the loss, or because Ms. Estes intentionally misrepresented the nature of the fire. The District Court[2] granted summary judgment for Allstate. We affirm.

The evidence is clear in this case beyond doubt. A state court, the Circuit Court for St. Louis County, Missouri, has found as a fact, in a criminal prosecution against Ms. Estes, that she started the fire. The same court found, in addition, that Ms. Estes made knowingly false representations in attempting to collect the insurance from Allstate. These findings, which were made on stipulated facts, are conclusive.

1. The Hon. Cynthia Holcomb Hall, United States Circuit Judge for the Ninth Circuit, sitting by designation.

2. The Hon. Terry I. Adelman, United States Magistrate Judge for the Eastern District of Missouri, sitting by agreement of the parties pursuant to 28 U.S.C. § 636(c).

Substantially for the reasons given by the District Court in its well-reasoned opinion, we affirm.

A true copy.